No. 90–5746. ELLIS *v.* COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 90–5760. STEPLER *v.* OHIO ADULT PAROLE AUTHORITY
ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–5761. DANIELS *v.* COLLINS, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir. Certiorari denied.

No. 90–5762. DEES *v.* CASPIRI, SUPERINTENDENT, MISSOURI
EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari
denied.

No. 90–5763. BAIME *v.* GREENLY. Ct. App. Cal., 2d App.
Dist. Certiorari denied.

No. 90–5764. DAVIS *v.* COHEN ET AL. C. A. 3d Cir. Certio-
rari denied.

No. 90–5780. WATSON *v.* NEW MEXICO. Ct. App. N. M.
Certiorari denied.

No. 90–5784. SCHLICHER *v.* DAVIES ET AL. C. A. 10th Cir.
Certiorari denied.

No. 90–5785. VEY *v.* PREATE ET AL. C. A. 3d Cir. Certio-
rari denied.

No. 90–5788. WATERS *v.* GEORGIA. Ct. App. Ga. Certiorari
denied.

No. 90–5790. FULFORD *v.* WHITLEY, WARDEN. C. A. 5th
Cir. Certiorari denied.

No. 90–5792. BEAZLEY *v.* CALIFORNIA. Ct. App. Cal., 5th
App. Dist. Certiorari denied.

No. 90–5794. ROYBALL *v.* SAN ANTONIO HOUSING AUTHORITY
ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5799. SEARCY *v.* HOUSTON LIGHTING & POWER CO.
ET AL. C. A. 5th Cir. Certiorari denied.